210908

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Equal Employment Opportunity Commission,

        Plaintiff,

  v.

Ford Motor Company,

        Defendant.

No. 1:21-cv-05089

## DEFENDANT, FORD MOTOR COMPANY'S
## NOTICE OF WITHDRAWAL AND
## SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.17, Curtiss S. Schreiber of Donohue Brown Mathewson & Smyth LLC withdraws his appearance for defendant, Ford Motor Company, and Emily E. Dory of Donohue Brown Mathewson & Smyth LLC substitutes her appearance for said defendant.

                            DONOHUE BROWN MATHEWSON & SMYTH LLC

                          By:  /s/ Emily E. Dory
                                Emily E. Dory

DONOHUE BROWN MATHEWSON & SMYTH LLC
Karen Kies DeGrand – ARDC # 06191140
Emily E. Dory – ARDC # 6323830
140 South Dearborn Street, Suite 800
Chicago, IL  60603
(312) 422-0900
service@dbmslaw.com; degrand@dbmslaw.com; dory@dbmslaw.com

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                  /s/ Emily E. Dory

DONOHUE BROWN MATHEWSON & SMYTH LLC
Karen Kies DeGrand – ARDC # 06191140
Emily E. Dory – ARDC # 6323830
140 South Dearborn Street, Suite 800
Chicago, IL 60603
(312) 422-0900
service@dbmslaw.com; degrand@dbmslaw.com; dory@dbmslaw.com